**Opinion issued April 14, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00204-CR
_____

## EX PARTE TERRAN DORAL GREEN, Appellant

---

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Case No. 1914201**

---

## MEMORANDUM OPINION

Appellant Terran Doral Green is attempting to appeal from the trial court's February 24, 2026 denial of his *pro se* application for writ of habeas corpus challenging his pretrial confinement for the offense of aggravated assault of a public servant. We dismiss the appeal as moot.

Although represented by counsel in the trial court, appellant filed a *pro se* application for writ of habeas corpus on September 24, 2025, alleging a limitations

issue.  The trial court did not hold a hearing but denied it by a handwritten ruling on the last page of the application and dated February 24, 2026.  On February 24, 2026, appellant filed a *pro se* notice of appeal from the trial court's denial of his application.

The denial of an application for writ of habeas corpus is appealable.  *See* TEX. R. APP. P. 31.  But because appellant has been convicted of the underlying offense[1] and is no longer subject to pretrial confinement, his appeal is moot.  *See Martinez v. State*, 826 S.W.2d 620, 620 (Tex. Crim. App. 1992); *Ex parte Graves*, No. 14-19-00517-CR, 2019 WL 3822177, at *1 (Tex. App.—Houston [14th Dist.] Aug. 15, 2019, no pet.) (mem. op.).

Accordingly, we dismiss the appeal as moot.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.
Do not publish.  TEX. R. APP. P. 47.2(b).

---

[1] On March 4, 2026, the trial court signed the judgment of conviction for the offense of aggravated assault against a public servant and was sentenced to life in the Correctional Institutions Division of the Texas Department of Criminal Justice. Appellant's appointed counsel filed a notice of appeal from the conviction and that appeal is pending in this Court in case number 01-26-00332-CR.